**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2015**

---

GEORGE R. "TEX" WOOD,

Plaintiff - Appellant,

versus

CAMERON P. QUINN, Secretary of the Board of
Elections, Commonwealth of Virginia,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-00-335-3)

---

Submitted:  September 7, 2000          Decided:  September 8, 2000

---

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George R. "Tex" Wood, Appellant Pro Se.  Mark L. Earley, Attorney General, James Walter Hopper, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George R. "Tex" Wood appeals from the district court's order granting summary judgment for Defendant in Wood's action challenging the constitutionality of Virginia's requirements for inclusion on the ballot as an independent candidate for the United States Senate in the general election in Virginia. In light of the time-sensitive nature of the issues, we have granted Wood's motion to expedite consideration of the appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Wood's motion for an injunction pending appeal and affirm on the reasoning of the district court. See Wood v. Quinn, No. CA-00-335-3 (E.D. Va. July 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED